UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CAROL KRAEMER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:22-cv-157 |
| | § | |
| RCLOFT, LLC, CALCO, LLC, and | § | |
| CASSANDRA A. LAPASEOTES, | § | |
| | § | |
| Defendants. | § | |

DEFENDANT'S NOTICE OF REMOVAL

Defendant RCLoft, LLC, files this Notice of Removal under 28 U.S.C. §1446(a).

A.   INTRODUCTION

1.   Plaintiff is Carol Kraemer ("Kraemer"). Defendants are RCLoft, LLC ("RCLoft"), Calco, LLC ("Calco") and Cassandra A. Lapaseotes ("Lapaseotes").

2.   On May 6, 2022, Plaintiff sued Defendants in the 405th Judicial District Court of Galveston County, Texas, asserting eleven causes of action relating to Kraemer purchasing the house located at 311 9th Avenue North, Texas City, Texas (the "House") from RCLoft.

3.   RCLoft was served on May 11, 2022. RCLoft files this Notice of Removal within thirty (30) days of being served as required by 28 U.S.C. §1446(b)(1).

4.   Kraemer served the Texas Secretary of State's Office on May 10, 2022, to serve Calco.

5.      Kraemer served the Texas Secretary of State's Office on May 10, 2022, to serve Lapaseotes.

### B.      BASIS FOR REMOVAL

6.      Removal is proper because there is complete diversity between plaintiff and defendants. 28 U.S.C. §1332(a). Kraemer is a citizen of Texas. RCLoft is a Nebraska limited liability company headquartered in Bridgeport, Nebraska. RCLoft's sole member is Calco, and RCLoft's sole manager is Lapaseotes. Calco is a Nebraska limited liability company headquartered in Bridgeport, Nebraska. Calco's sole member and manager is Cassandra A. Lapaseotes ("Lapaseotes"). Lapaseotes is a citizen of Nebraska. Lapaseotes lives and works in Bridgeport, Nebraska.

7.      Kraemer states in Plaintiff's Original Petition that she seeks "monetary relief over $1,000,000.00." Kraemer seeks to recover alleged economic damages relating to the House for repair and remediation costs and temporary housing expenses. Kraemer alleges that she has sustained additional damages relating to the House due to stigma, diminution in value, loss of market value, and the loss of use and enjoyment. Therefore, based on the allegations in Plaintiff's Original Petition, Kraemer is seeking damages exceeding $75,000.00, excluding interest and costs. 28 U.S.C. §1332(a).

8.      RCLoft has been properly joined and served as of the date of filing this Notice of Removal.

9.      Kraemer served the Texas Secretary of State for service on Calco and Lapaseotes on May 10, 2022. Without waiving their defenses that courts in Texas lack personal jurisdiction over them, Calco and Lapaseotes consent to this removal.

10. Copies of all pleadings, process, orders, and other filings in the state-court suit are attached to this Notice of Removal as required by 28 U.S.C. §1446(a).

11. Venue is proper in this district under 28 U.S.C. §1441(a) because Galveston County, where the state suit is pending, is located within this district and division.

12. Defendant will promptly file a copy of this Notice of Removal with the clerk of the state court where suit has been pending.

13. Plaintiff did not demand a jury in the state-court proceeding.

### C.  CONCLUSION

14. There is complete diversity of citizenship in this matter between Plaintiff and Defendants, and Plaintiff has alleged damages in excess of $75,000.00, exclusive of interest and costs. Therefore, Defendant RCLoft asks the Court to remove the suit to the Galveston Division of the Southern District of Texas.

Respectfully submitted,

Date: May 16, 2022

/s/ Shannon A.S. Quadros
Shannon A.S. Quadros
QUADROS, MIGL & CROSBY, PLLC
Texas Bar No. 24072766
712 Main St., Suite 1100
Houston, TX 77002
713.300.9662
214.731.3117 (f)
squadros@qmclaw.com
ATTORNEY-IN-CHARGE FOR
DEFENDANTS RCLOFT, LLC,
CALCO, LLC, and CASSANDRA
A. LAPASEOTES

OF COUNSEL:

Boyd S. Hoekel
QUADROS, MIGL & CROSBY, PLLC
Texas Bar No. 24002298
712 Main St., Suite 1100
Houston, TX 77002
713.702.8437
214.731.3117 (f)
bhoekel@qmclaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 16, 2022, I served the foregoing by personal delivery on the parties listed below.

Melissa Sternfels
Saad Aziz
SHACKLEFORD, BOWEN,
MCKINLEY & NORTON, LLP
717 Travis Ave., 27th Floor
Houston, TX 77002
832.669.6055 (t)
832.565.9030 (f)
msternfels@shackelford.law
saziz@shackelford.law
ATTORNEYS FOR PLAINTIFF
CAROL KRAEMER

                                       QUADROS, MIGL & CROSBY, PLLC

                                       /s/ Boyd S. Hoekel
                                       Boyd S. Hoekel