United States District Court
Southern District of Texas
**ENTERED**
December 08, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| CAROL KRAEMER, § | |
| § | |
| VS. § | NO. 3:22-cv-00157 |
| § | |
| RCLOFT, LLC, *et al.* § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 12, 2022, the court referred all pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A)-(B). *See* Dkt. 31. Judge Edison filed a memorandum and recommendation on September 29, 2022, recommending that the plaintiff's motion to remand, Dkt. 14, be denied. *See* Dkt. 34.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 34, is approved and adopted in its entirety as the holding of the court; and

(2) Plaintiff's Motion to Remand, Dkt. 14, is denied.

SIGNED on Galveston Island this 8th day of December, 2022.

                                        _____
                                        JEFFREY VINCENT BROWN
                                        UNITED STATES DISTRICT JUDGE