United States District Court
Southern District of Texas
**ENTERED**
January 04, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| CAROL KRAEMER, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:22-cv-00157 |
| | § | |
| RCLOFT, LLC, *et al.* | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On September 12, 2022, the court referred all pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(A)-(B). *See* Dkt. 31. Judge Edison filed a memorandum and recommendation on December 9, 2022, recommending that defendant Calco, LLC's motion to dismiss due to a lack of personal jurisdiction, Dkt. 17, be granted. *See* Dkt. 37. Separately, Judge Edison filed a memorandum and recommendation on December 19, 2022, recommending that Defendant Cassandra A. Lapaseotes's motion to dismiss for failure to state a claim, Dkt. 18, be granted. *See* Dkt. 38.

No objections have been filed to either memorandum and recommendation. Accordingly, the court reviews them both for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 37, is approved and adopted in its entirety as the holding of the court;

(2) Judge Edison's memorandum and recommendation, Dkt. 38, is approved and adopted in its entirety as the holding of the court;

(3) Calco, LLC's motion to dismiss due to a lack of personal jurisdiction, Dkt. 17, is granted;

(4) Lapaseotes's motion to dismiss for failure to state a claim, Dkt. 18, is granted; and

(5) Calco, LLC's motion to dismiss due to plaintiff failing to state a claim upon which relief can be granted, Dkt. 19, is denied a moot.

SIGNED on Galveston Island this 4th day of January, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE