UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CAROL KRAEMER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:22-cv-157 |
| | § | |
| RCLOFT, LLC, CALCO, LLC, and | § | |
| CASSANDRA A. LAPASEOTES, | § | |
| | § | |
| Defendants. | § | |

### AGREED MOTION TO DISMISS WITH PREJUDICE TO REFILING

Plaintiff Carol Kraemer and Defendant RCLoft, LLC jointly file this Agreed Motion to Dismiss with Prejudice to Refiling, and would show the Court the following:

1. The parties have resolved their dispute. Therefore, they jointly ask the Court to dismiss the currently pending matter with prejudice to refiling. Each party shall bear her or its own costs and attorneys' fees.

### PRAYER

Based on the foregoing, the parties respectfully request that the Court dismiss this matter with prejudice to refiling.

Date: March 14, 2023,

Respectfully submitted,

| | |
|---|---|
| /s/ *Saad A. Aziz* | /s/ *Boyd S. Hoekel, with permission* |
| Saad A. Aziz | Shannon A.S. Quadros |
| SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP | QUADROS, MIGL & CROSBY, PLLC |
| Texas Bar No. 24116053 | Texas Bar No. 24072766 |
| 717 Travis Avenue, 27th Floor | 712 Main St., Suite 1100 |
| Houston, Texas 77002 | Houston, TX 77002 |
| Telephone: (832) 669-6055 | 713.300.9662 |
| Facsimile: (832) 565-9030 | 214.731.3117 (f) |
| saziz@shackelford.law | squadros@qmclaw.com |
| ATTORNEY-IN-CHARGE FOR PLAINTIFF CAROL KRAEMER | ATTORNEY-IN-CHARGE FOR DEFENDANTS RCLOFT, LLC, CALCO, LLC, and CASSANDRA A. LAPASEOTES |
| Of Counsel: | OF COUNSEL: |
| Melissa Nicholson Sternfels | |
| SHACKELFORD, BOWEN, MCKINLEY & NORTON, LLP | Boyd S. Hoekel |
| | QUADROS, MIGL & CROSBY, PLLC |
| State Bar No. 24037181 | Texas Bar No. 24002298 |
| 717 Travis Avenue, 27th Floor | 712 Main St., Suite 1100 |
| Houston, Texas 77002 | Houston, TX 77002 |
| Telephone: (832) 669-6055 | 713.702.8437 |
| Facsimile: (832) 565-9030 | 214.731.3117 (f) |
| msternfels@shackelford.law | bhoekel@qmclaw.com |
| OF COUNSEL FOR PLAINTIFF CAROL KRAEMER | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2023, I filed the foregoing electronically through the CM/ECF Serve system, which caused all counsel of records to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

/s/ *Saad A. Aziz*
Saad A. Aziz